GEORGE P. KIRK, RESPONDENT, *v.* H. WILSON
BLASHFIELD, APPELLANT.

*Judgment in Justice's Court dismissing action on the ground of a want of jurisdiction —*
*Res adjudicata — costs in such case on recovery of less than fifty dollars in action in*
*Supreme Court.*

APPEAL from a judgment in the Supreme Court, entered in favor
of the plaintiff.

The plaintiff commenced an action in a Justice's Court. The
defendant objected to the jurisdiction, on the ground that the
accounts between the parties exceeded $400. The justice, after
first overruling the objection, finally dismissed the action upon that
same ground. The plaintiff then sued in this court and recovered
$38.50. On a motion at Special Term he was allowed costs.

It was admitted that the justice was in error in his decision,
but no appeal was taken from it. The General Term *held*, that if an
appeal had been taken, and thereupon the same decision had been
made in this court, that the matter would have been *res adjudicata;*
and that as the plaintiff rested satisfied with the decision which
was made by the justice, and as that was made on the defendant's
objection, it must be taken as the settled rule of this present case.

The court also examined the question raised as to this order, and
*held*, that as a matter of practice the defendant should have appealed
from the order of the Special Term granting the plaintiff costs,
and not from the judgment; and that this case should not be con-
sidered a precedent as to the manner of reviewing such orders.

*A. J. Parker* and *O. Porter*, for the appellant.

*B. A. Benedict*, for the respondent.

Opinion by LEARNED, P. J.

Present — LEARNED, P. J., BOARDMAN and JAMES, JJ.

Judgment affirmed.